**SAO**
KENNETH S. FRIEDMAN, ESQ.
Nevada Bar No.: 5311
WALSH & FRIEDMAN, LTD.
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660
Attorney for Defendant

```
_x_ FILED              ____ RECEIVED
____ ENTERED           ____ SERVED ON
             COUNSEL/PARTIES OF RECORD

         June 9, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )   CASE NO.: 2:20-mj-00298-VCF
                             Plaintiff,  )
                                         )
     vs.                                 )        ORDER
                                         )
MITCHELL WAYNE JOHNSON,                  )
                             Defendant.  )
_____ )

**IT IS HEREBY STIPULATED AND AGREED** that Defendant, MITCHELL WAYNE JOHNSON, has completed all his requirements as set forth in the Petty Offense Plea Agreement.

**IT IS FURTHER STIPULATED AND AGREED** that the United States Attorney's Office moves the Court to allow the Defendant, MITCHELL WAYNE JOHNSON, to withdraw his Guilty Plea to: COUNT (1) ONE- OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR, a violation of Title 36 C.F.R. §4.23(a) (1), a Class B Misdemeanor.

-1-

1

2   **IT IS FURTHER STIPULATED AND AGREED** that the United States

3   Attorney's Office hereby moves the Court to amend COUNT (1) ONE-

4   OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE OF

5   INTOXICATING LIQUOR, a violation of Title 36 C.F.R. §4.23(a) (1), a Class

6   B Misdemeanor to RECKLESS DRIVING, a violation of 36 C.F.R. §4.2 and

7

8   NRS 484b.653.

9

10   **IT IS FURTHER STIPULATED AND AGREED** that the United States

11   Attorney's Office moves the Court that the original sentence as set forth in the

12   Petty Offense Plea Agreement shall be applied to the Amended Count (1) One of

13

14   RECKLESS DRIVING.

15

16   **IT IS FURTHER STIPULATED AND AGREED** that the United States

17   Attorney's Office moves the Court to allow the Defendant's requirements

18   completed in the original Petty Offense Plea Agreement to be applied to the

19

20   Amended Count (1) One of RECKLESS DRIVING.

21   / / /

22

23   / / /

24

25   / / /

26

27

28

*WALSH & FRIEDMAN, LTD*
*400 S. Maryland Parkway*
*Las Vegas, NV 89101*
*(702) 474-4660*

-2-

## ORDER

**NOW THEREFORE IT IS HEREBY ORDERED** that Defendant, MITCHELL WAYNE JOHNSON's original plea, to wit: COUNT (1) ONE- OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE OF INTOXICATING LIQUOR, is hereby WITHDRAWN.

**IT IS FURTHER ORDERED** that Defendant is hereby convicted of Amended Count (1) One, to wit: RECKLESS DRIVING, a violation of 36 C.F.R. §4.2 and NRS 484b.653.

**IT IS FURTHER ORDERED** that Defendant has completed all requirements necessary.

/ / /

/ / /

/ / /

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660

-3-

1    **IT IS FURTHER ORDERED** case CLOSED.

2    DATED this __9__ day of June, 2021.

3

4    _____

5    UNITED STATES DISTRICT COURT JUDGE

6

7    WALSH & FRIEDMAN, LTD.                    CHRISTOPHER CHIOU
8                                             Acting United States Attorney

9

10   _____         /s/ Rachel Kent
11   KENNETH S. FRIEDMAN, ESQ.                RACHEL KENT
     Nevada Bar No.: 5311                     Special Assistant United States
12   Attorney for Defendant                   Attorney

13   _____

14   MITCHELL WAYNE JOHNSON
15   Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

WALSH & FRIEDMAN, LTD
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4660